# United States District Court
## Violation Notice

CVB Location Code: **CA76**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1866538 | S. Jacobs | 927 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 5/10/12  2152 | 36 CFR 4.23(a)(2) |

**Place of Offense:** Village Store Parking

**Offense Description:** Operating a motor vehicle with BrAC > .08

1866538

### DEFENDANT INFORMATION

Phone: ―

| Last Name | First Name | M.I. |
|---|---|---|
| Hildebrand | Jeffery | A |

Street Address: ―

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Yosemite | CA | 95389 | ― |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| ― | CA | ― |

☑ Adult  ☐ Juvenile   Sex ☑ Male ☐ Female

Hair: Bro   Eyes: HZL   Height: 6-   Weight: 280

### VEHICLE DESCRIPTION   VIN: ―

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| ― | CA | 02 | Ford Tk | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →**  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ―
Date (mm/dd/yyyy): ―
Time (hh:mm): ―

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 10**, 20**12** while exercising my duties as law enforcement officer in the **Eastern** District of **California**.

While on patrol at approximately 9:45 p.m. I saw a black Ford truck bearing California license plate _____ 7 traveling the wrong way on the posted one-way loop road at the Ahwahnee Hotel entrance. I followed the Ford as it traveled along Ahwahnee drive approaching the Yosemite Medical Clinic. I saw the Ford travel off the roadway onto the westbound dirt shoulder with its front and rear passenger side tires and then abruptly correct back onto to roadway.

I stopped the Ford and identified the driver as Jeffrey Hildebrand using his California Identification Card. I smelled the odor of alcoholic beverages on or about his person. He had bloodshot and watery eyes, was unsteady on his feet, was slurring his speech and attempted to hand me the title to his car when I had asked for his proof of insurance. Hildebrand stated that he had consumed three alcoholic drinks during the course of the day. Hildebrand consented to Standardized Field Sobriety Tests and showed numerous signs of intoxication during the tests.

Hildebrand was arrested for DUI and provided an evidentiary breath sample at 10:32 p.m. which indicated a breath alcohol content of .19 grams of alcohol per 210 liters of his breath. The test was administered by certified operator Cullen Tucker, using a Drager Alcotest 7510 (serial # ARBF-0079).

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **5/10/12**   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1866539 | S. Jacobs | 927 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 5/10/12  2152 | 36 CFR 4.23 (a)(1) |

**Place of Offense:** Village Store Parking

**Offense Description:** Operating a motor vehicle while under the influence of alcohol. Case # 12-833

1866539

### DEFENDANT INFORMATION

Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Hildebrand | Jeffery | A |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Yosemite | CA | 95389 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | HZL | 6 | 280 |

### VEHICLE DESCRIPTION  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | CA | 02 | Ford TK | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 10, 20 12 while exercising my duties as a law enforcement officer in the Eastern District of California.

While on patrol at approximately 9:45 p.m. I saw a black Ford truck bearing California license plate _____ traveling the wrong way on the posted one-way loop road at the Ahwahnee Hotel entrance. I followed the Ford as it traveled along Ahwahnee drive approaching the Yosemite Medical Clinic. I saw the Ford travel off the roadway onto the westbound dirt shoulder with its front and rear passenger side tires and then abruptly correct back onto to roadway.

I stopped the Ford and identified the driver as Jeffrey Hildebrand using his California Identification Card. I smelled the odor of alcoholic beverages on or about his person. He had bloodshot and watery eyes, was unsteady on his feet, was slurring his speech and attempted to hand me the title to his car when I had asked for his proof of insurance. Hildebrand stated that he had consumed three alcoholic drinks during the course of the day.

Hildebrand consented to Standardized Field Sobriety Tests and showed numerous signs of intoxication during the tests.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/10/12 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1866540 | S. Jacobs | 927 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☑State Code |
|---|---|
| 5/10/12  2152 | 36 CFR 4.2(b) / CVC 14601.1(a) |

Place of Offense: Village Store Parking

Offense Description: Driving while license suspended. Case # 12-833

Violation: 1866540

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Hildebrand | Jeffery | A |

Street Address: 

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Yosemite | CA | 95389 | |

Drivers License No.: 
D.L. State: CA
Social Security No.: 3

☑ Adult  ☐ Juvenile  Sex ☑ Male ☐ Female  Hair: Bro  Eyes: HZL  Height: 6-  Weight: 280

### VEHICLE DESCRIPTION

VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | CA | 02 | Ford TK | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 10, 2012 while exercising my duties as a law enforcement officer in the Eastern District of California.

While on patrol at approximately 9:45 p.m. I saw a black Ford truck bearing California license plate ____ traveling the wrong way on the posted one-way loop road at the Ahwahnee Hotel entrance. I followed the Ford as it traveled along Ahwahnee drive approaching the Yosemite Medical Clinic. I saw the Ford travel off the roadway onto the westbound dirt shoulder with its front and rear passenger side tire and then abruptly correct back onto to roadway.

I stopped the Ford and identified the driver as Jeffrey Hildebrand using his California Identification Card. Hildebrand stated that his driver's license had been suspended for past violations, but that he was waiting to receive a new driver's license.

I checked Hildebrand's license status through a California Law Enforcement Telecommunications System check which verified that his driver's license was under a current suspension. It did not indicate that a new license was in progress, and I understood that his license was indeed suspended.

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/10/12
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge